**William Chester COLE, Appellant,**

v.

**Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, Appellee.**

**No. 25397.**

United States Court of Appeals
Fifth Circuit.

July 22, 1968.

James G. Mahorner, Tallahassee, Fla., for appellant.

George R. Georgieff, Asst. Atty. Gen., Tallahasee, Fla., for appellee.

Before POPE*, TUTTLE and CLAYTON, Circuit Judges.

PER CURIAM:

The allegations of the petitioner are of such a nature as to require a hearing under 28 U.S.C.A. § 2243. It could not

* Of the Ninth Circuit, sitting by designation.

appear from the application and the file supplied by the state " that the applicant * * * [was] not entitled" to the writ.

The Judgment is reversed. The case is remanded to the trial court for the purpose of conducting a hearing.